IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELAINE L. CHAO, Secretary
of Labor, UNITED STATES
DEPARTMENT OF LABOR,

      Petitioner,                        No. S-08-MC-0007 LKK KJM

      vs.

GENE SHAWN GROUP, a limited
liability corporation also doing business
as A-Q DENTAL LABORATORY,

      Respondent.                     <u>ORDER TO SHOW CAUSE</u>

_____/

      Upon consideration of the Petition to Enforce Administrative Subpoena *Duces Tecum* by ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, to compel Respondent Gene Shawn Group, a limited liability corporation also doing business as A-Q Dental Laboratory, to comply with the Subpoena *Duces Tecum* issued by the Employee Benefits Security Administration on June 19, 2007, it is hereby

      **ORDERED** that at ten o'clock a.m. on April 23, 2008, in the United States District Court, Courtroom 26, Sacramento, California, occupied by the undersigned Judge of the United States District Court for the Eastern District of California, the Respondent appears at a preliminary hearing and show cause, if any there be, why the prayer of the petition should not be granted; and it is further

1 **ORDERED**, that Respondent file with the Court no later than ten (10) days prior
2 to the hearing on the Order to Show Cause a response specifically admitting or denying each of
3 the allegations of said Petition and shall also serve a copy of said response on the attorneys for
4 the Petitioner by facsimile and First Class Mail; and it is further
5 **ORDERED**, that a copy of this Order to Show Cause, together with a copy of the
6 Petition and accompanying papers, be served by the Petitioner forthwith upon the Respondent
7 and a proof of service be filed with the court.
8 **IT IS SO ORDERED.**
9 DATED: March 25, 2008.

_____
U.S. MAGISTRATE JUDGE