```
                    UNITED STATES DISTRICT COURT FOR

                   THE EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR, <br><br> Petitioner, <br><br> v. <br><br> GENE SHAWN GROUP, a limited liability corporation also doing business as A-Q DENTAL LABORATORY, <br><br> Respondent. | Case No. 2:08-mc-00007-LKK-KJM <br><br> **ORDER GRANTING SECRETARY'S PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA** *DUCES TECUM* |

PETITIONER ELAINE L. CHAO, Secretary of Labor, United States Department of Labor ("Secretary"), has applied to this Court for an Order requiring Respondent, Gene Shawn Group, a limited liability corporation also doing business as A-Q Dental Laboratory, to appear and produce the records, papers, and documents set forth in an Administrative Subpoena *Duces Tecum* issued on June 19, 2007, by the San Francisco Regional Director, Employee Benefits Security Administration, United States Department of Labor, and duly served upon the Respondent, as prayed for in the Secretary's Petition herein.

1

Having considered the Petitioner's position and Respondent's failure to file a written opposition, and after a hearing on the Order to Show Cause, it is hereby

**ORDERED** that Respondent produce the second category of documents requested in the Secretary's Administrative Subpoena *Duces Tecum*. Specifically, the Respondent is ordered to produce: All documents sufficient to reflect payroll data of A-Q Dental Laboratory by payroll period ending date from March 18, 2006 to the present, including: employee's name, total gross pay and all deductions from gross pay, including taxes and employee deferred Plan contributions. It is further

**ORDERED** that such documents must be produced at the Respondent's expense to the Secretary within seven days of the entry of this order.

**IT IS SO ORDERED.**

Dated:  May 1, 2008.

_____
U.S. MAGISTRATE JUDGE

2